UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANTHONY D. DARDEN,

    Petitioner

v.

UNITED STATES PAROLE COMMISSION,

    Respondent

CIVIL NO. 1:CV-01-0201

(Judge Caldwell)

FILED
HARRISBURG, PA
FEB 1 4 2001
MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK

### ORDER

AND NOW, this 14th day of February, 2001, it is ordered that:

1. The Clerk of Court is directed to serve a copy of the petition for a writ of habeas corpus on Respondent and the United States Attorney.

2. Within twenty days of the date of this order, Respondent shall respond to the allegations in the petition.

3. A determination whether Petitioner should be produced for a hearing will be held in abeyance pending submission of a response.

4. Petitioner shall, if he so desires, file a reply to the response within fifteen days of its filing.

                                              /s/ William W. Caldwell
                                              William W. Caldwell
                                              United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

February 14, 2001

Re: 1:01-cv-00201    Darden v. USPC

True and correct copies of the attached were to the following:

Anthony D. Darden
931 Fahs Street
York, PA 17404

cc:
Judge                        ( )
Magistrate Judge             ( )
U.S. Marshal                 ( )
Probation                    ( )
U.S. Attorney                ( )
Atty. for Deft.              ( )
Defendant                    ( )
Warden                       ( )
Bureau of Prisons            ( )
Ct Reporter                  ( )
Ctroom Deputy                ( )
Orig-Security                ( )
Federal Public Defender      ( )  with N/C attach
Summons Issued               ( )  U.S. Marshal ( )

Standard Order 93-5          ( )
Order to Show Cause          ( ) with Petition a
                                 to: US Atty Ge
                                     DA of Coun

Bankruptcy Court             ( )
Other_____     ( )

DATE: 2/14/01

---

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage)

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Recipient's Name (Please Print Clearly) (To be completed
P. Brach
Street, Apt. No.; or PO Box No.
POBA 1154
City, State, ZIP+4
YBS PA 17108
PS Form 3800, February 2000    See Reverse

Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Recipient's Name (Please Print Clearly) (To be completed
John Ashcroft
Street, Apt. No.; or PO Box No.
U.S. Atty Ge
City, State, ZIP+4
PO B 878 Wash DC
PS Form 3800, February 2000    See Reverse

Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Recipient's Name (Please Print Clearly) (To be completed
U.S. Parole Comm
Street, Apt. No.; or PO Box No.
5550 Friendship Blvd
City, State, ZIP+4
Bethesda, Md 208
PS Form 3800, February 2000    See Reverse

BY:
Deputy Clerk