## Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Parole Commission
N.E. Regional Office
5550 Friendship Blvd
Bethesda, MD. 20815-7286

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Ella L. Williams    B. Date of Delivery: 2/16/01

C. Signature: X Ella L. Williams   ☐ Agent ☑ Addressee

D. Is delivery address different from item 1? ☐ Yes  ☐ No

[USPS Bethesda postmark FEB 16 2001]

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☑ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label): 7000 0520 0023 0166 2282

1-CV-01-201  J.Todd
S.C. Onda  1 of 3

PS Form 3811, July 1999   Domestic Return Receipt 2/14/01   102595-00-M-0952

## Receipt 2

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

David Barasch, U.S. Attorney
P.O. Box 11754
Harrisburg, Pa. 17108

A. Received by (Please Print Clearly)   B. Date of Delivery: FEB 15 2001

C. Signature: X [signature]   ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label): 7000 0520 0023 0166 2268

1-CV-01-201  J.Todd
S.C. Onda  2 of 3

PS Form 3811, July 1999   Domestic Return Receipt 2-14-01   102595-00-M-0952

## Receipt 3

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

John Ashcroft, Attorney General
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington D.C. 20044

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Timothy O.   B. Date of Delivery: 2/16

C. Signature: X [signature]   ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label): 7000 0520 0023 0166 2275

1-CV-01-201  J.Carver
S.C. Onda  3 of 3

PS Form 3811, July 1999   Domestic Return Receipt 2/14/01   102595-00-M-0952

---

CV-01-201

**FILED**
HARRISBURG, PA

FEB 22 2001

MARY E. D'ANDREA, CLERK
Per _____

Caldwell